UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                                                                        Case No.  03-CR-0080

ANNETTE  FABRY,

       Defendant and

NEUBERGER BERMAN INVESTMENT ADVISORS LLC,

       Garnishee-Defendant.
_____

## ORDER FOR RESPONSE
_____

      Defendant, Annette Fabry, was ordered to pay restitution in excess of $280,000 in the above matter.  On September 21, 2017, the Government filed a Writ of Garnishment.  Garnishee-Defendant Neuberger Berman Investment Advisors LLC filed an Answer on October 3, 2017, noting they held two funds for the defendant, an IRA Account with a balance of $261,372.99 and a Trust Account with a balance of $196,895.93.  The balance of restitution due at the time was $198,954.55.  Thereafter on October 23, 2017, the Government filed a motion for entry of the garnishment as to the retirement accounts held by Ms. Fabry, noting the Garnishee-Defendant provided Ms. Fabry with a copy of their Answer and the time to file an objection had lapsed.  The following day the Court granted the motion for garnishment prior to the defendant responding.  On October 31, 2017, the defendant filed a motion for reconsideration, requesting that the Court allow her to continue paying restitution at the rate she was previously ordered.  She indicates that she relies on the retirement account or her living expenses.

Based upon the foregoing, the Government is directed to file a response to the defendant's motion for reconsideration on or before November 17, 2018.

SO ORDERED this 1st day of November, 2017.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
U.S. District Court - WIED